UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

Case No. 00-CV-48 JRT/RLE

Dennis Frank and
Anne Frank,

Plaintiffs,

vs.

Jeffrey Folmer, Esq. and the,
Jeff Folmer Law Office,

Defendants.

**ORDER AMENDING SCHEDULING ORDER**

At Duluth, in the District of Minnesota, this 26th day of February, 2001.

Based upon the Stipulation between the parties, it is –

ORDERED:

1. This Court's Pretrial Order dated April 3, 2000, setting forth the pretrial schedule for this matter is hereby amended in the following respects:

(a) The parties shall serve upon the other any and all dispositive motions on or before April 2, 2001.

(b) Any and all responses to dispositive motions shall be served on or before April 23, 2001.

(c) Any and all reply memoranda shall be served on or before May 3, 2001.

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

245062

(15)

(d) Upon the completion of the briefing, each moving party shall file all motion papers in accordance with D. Minn. L.R. 7.1(b)(2)(D), obtaining a hearing date for the motion as set forth in the Rule.

2. In the event that this case is not completely resolved by dispositive motion, it shall be ready for trial upon the issuance of the Court's order determining the dispositive motions filed in accordance with Paragraph 1 of this Order.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge